McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for the UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE STRAND,<br><br>        Plaintiff,<br><br>    v.<br><br>CUSTODIAN OF RECORDS,<br>SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | 2:07-cv-02075-MCE-GGH<br><br>**STIPULATION AND ORDER<br>FOR VOLUNTARY DISMISSAL<br>OF REMOVED ACTION**<br><br>**State Court Number: FCR244704<br>(Superior Court, Solano County)** |

STIPULATION

The parties to the removed action (a Superior Court order to show cause re contempt, issued to Custodian of Records, Social Security Administration), through their undersigned counsel, hereby stipulate, under Fed. R. Civ. P. 41 and subject to the approval of the Court as provided for hereon, as follows:

1. The United States's objective in removing was to obtain dismissal of the state court contempt proceeding against it for lack of subject matter jurisdiction because of federal sovereign immunity.

2. The Superior Court vacated its Order to Show Cause before the removal.

3. Because the vacation satisfies the United States's objective, the removed action between Mr. Strand and the United States no longer presents a case or controversy.

4. Accordingly, the removed action should be and hereby is DISMISSED for lack of subject matter jurisdiction because it is moot.

Dated: October 10, 2007

VANESSA L. PERRY
Director, Conflict Defender's Office
County of Solano

By:  */s/ Kathryn J. Barton*
KATHRYN J. BARTON
Deputy Public Defender
Attorneys for RICHARD LEE STRAND

Dated: October 10, 2007

McGREGOR W. SCOTT
United States Attorney

By:  */s/ Y H T Himel*
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney
Attorneys for the
UNITED STATES OF AMERICA

## ORDER

It is APPROVED and SO ORDERED. The removed action is DISMISSED for mootness.

Dated: October 10, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **October 10, 2007**, she served a copy of:

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF REMOVED ACTION**

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Sacramento, California.

Addressees:

Kathryn J. Barton, Esq.
Solano County Conflict Defender's Office
675 Texas Street, Suite 3600
Fairfield, CA 94533

Courtesy copy to:

George Williamson, Esq.
Solano County District Attorney's Office
675 Texas Street, Suite 4500
Fairfield, CA 94533

_____
PAMELA BEAUVAIS